IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sopczak, Donald R | Case Number: 07 B 23664 |
|---|---|---|
| | Sopczak, Jamie Lynn | Judge: Hollis, Pamela S |
| | Printed: 6/17/08 | Filed: 12/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,000.00 | |
| Secured: | | 4,042.84 |
| Unsecured: | | 816.56 |
| Priority: | | 0.00 |
| Administrative: | | 1,728.26 |
| Trustee Fee: | | 412.34 |
| Other Funds: | | 0.00 |
| Totals: | 7,000.00 | 7,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,395.87 | 1,728.26 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 4. | GEMB | Secured | 100.00 | 100.00 |
| 5. | Citizens Financial Services | Secured | 3,000.00 | 1,245.84 |
| 6. | Citizens Bank | Secured | 13,476.85 | 2,697.00 |
| 7. | Wilshire Credit Corp | Secured | 43,000.00 | 0.00 |
| 8. | Dyck O'Neal Inc | Secured | 20,250.18 | 0.00 |
| 9. | T Mobile USA | Unsecured | 3.83 | 0.00 |
| 10. | Worldwide Financial Capital Bank | Unsecured | 98.80 | 816.56 |
| 11. | Capital One | Unsecured | 33.80 | 0.00 |
| 12. | National Capital Management | Unsecured | 127.70 | 0.00 |
| 13. | Citizens Financial Services | Unsecured | 106.98 | 0.00 |
| 14. | Maria Rusnaic | Unsecured | 504.33 | 0.00 |
| 15. | Sallie Mae | Unsecured | 1,381.35 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 80.62 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 470.17 | 0.00 |
| 18. | Capital One | Unsecured | 263.06 | 0.00 |
| 19. | Discover Financial Services | Unsecured | 227.53 | 0.00 |
| 20. | McLeod USA | Unsecured | 5.21 | 0.00 |
| 21. | Portfolio Recovery Associates | Unsecured | 245.41 | 0.00 |
| 22. | Portfolio Recovery Associates | Unsecured | 235.33 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 6.71 | 0.00 |
| 24. | ADT Security Systems | Unsecured | | No Claim Filed |
| 25. | Alan Dunaj | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sopczak, Donald R
Sopczak, Jamie Lynn
Printed: 6/17/08

Case Number: 07 B 23664
Judge: Hollis, Pamela S
Filed: 12/17/07

| #   | Creditor | Type | Claim |
|-----|----------|------|-------|
| 26. | Columbia | Unsecured | No Claim Filed |
| 27. | Allied Insurance | Unsecured | No Claim Filed |
| 28. | Anderson Financial Network | Unsecured | No Claim Filed |
| 29. | Aple Auto Cash Express Inc | Unsecured | No Claim Filed |
| 30. | Cingular Wireless | Unsecured | No Claim Filed |
| 31. | Allied Interstate | Unsecured | No Claim Filed |
| 32. | Carl Sandburg High School | Unsecured | No Claim Filed |
| 33. | AT&T | Unsecured | No Claim Filed |
| 34. | AOL | Unsecured | No Claim Filed |
| 35. | Citibank | Unsecured | No Claim Filed |
| 36. | Citibank | Unsecured | No Claim Filed |
| 37. | Direct Tv | Unsecured | No Claim Filed |
| 38. | Comcast | Unsecured | No Claim Filed |
| 39. | Commonwealth Edison | Unsecured | No Claim Filed |
| 40. | Advocate MSO Services | Unsecured | No Claim Filed |
| 41. | Gregory Dalton | Unsecured | No Claim Filed |
| 42. | Encompass | Unsecured | No Claim Filed |
| 43. | Gart Sports Inc | Unsecured | No Claim Filed |
| 44. | Dr Nowobilska/Szymanski | Unsecured | No Claim Filed |
| 45. | Farmers Auto Insurance | Unsecured | No Claim Filed |
| 46. | Household Credit Services | Unsecured | No Claim Filed |
| 47. | Ebay | Unsecured | No Claim Filed |
| 48. | Nicor Gas | Unsecured | No Claim Filed |
| 49. | Robert Golden | Unsecured | No Claim Filed |
| 50. | Palos Community Hospital | Unsecured | No Claim Filed |
| 51. | Nowobilska Medical | Unsecured | No Claim Filed |
| 52. | Rodale Press Publications | Unsecured | No Claim Filed |
| 53. | Radiology & Nuclear | Unsecured | No Claim Filed |
| 54. | Pay Pal | Unsecured | No Claim Filed |
| 55. | Great Bank | Unsecured | No Claim Filed |
| 56. | Quest Diagnostics Inc | Unsecured | No Claim Filed |
| 57. | Talk America | Unsecured | No Claim Filed |
| 58. | SBC | Unsecured | No Claim Filed |
| 59. | Sprint Nextel | Unsecured | No Claim Filed |
| 60. | TCF Bank | Unsecured | No Claim Filed |
| 61. | Satis Net | Unsecured | No Claim Filed |
| 62. | TCF Bank | Unsecured | No Claim Filed |
| 63. | University Of Phoenix | Unsecured | No Claim Filed |
| 64. | United States Dept Of Education | Unsecured | No Claim Filed |
| 65. | United Parcel Service | Unsecured | No Claim Filed |
| 66. | United States Dept Of Education | Unsecured | No Claim Filed |
| 67. | West Management | Unsecured | No Claim Filed |
| 68. | Zimmerman | Unsecured | No Claim Filed |
| 69. | United States Dept Of Education | Unsecured | No Claim Filed |
| 70. | Tiger Direct | Unsecured | No Claim Filed |

_____  _____
$ 87,013.73  $ 6,587.66

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Sopczak, Donald R
       Sopczak, Jamie Lynn
       Printed:  6/17/08

Case Number:  07 B 23664
Judge:  Hollis, Pamela S
Filed:  12/17/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4%     | 209.48    |
| 6.5%     | 202.86    |
|          | _____ |
|          | $ 412.34  |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

